IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.** and **ANIMAL LEGAL DEFENSE FUND,** | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )   Civil No. 21-488 |
| **REIGLEMAN ENTERPRISES, INC.** doing business as **PYMATUMING DEER PARK** and **RACHELLE SANKEY** as an individual and doing business as **PYMATUMING DEER PARK, INC.** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER ON MOTION TO STAY AND MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE

Defendants' have filed a Motion for Summary Judgment Scheduling Order (ECF No. 62) and Motion for Protective Order Staying Discovery (ECF NO. 63). Plaintiffs have Responded to both Motions (ECF No. 66), to which Defendants have filed a Reply (ECF No. 67). Plaintiffs do not oppose the briefing schedule proposed by Defendants as to a motion for summary judgment as to mootness on the Plaintiffs' Endangered Species Act claims, and therefore said Motion will be granted and a briefing schedule set. As to Defendants' Motion for a Stay, it appears to the Court that a stay for discovery is appropriate as Defendants' proposed motion for summary judgment on mootness grounds, if resolved in favor of Defendants, would remove the federal claims from this action. Accordingly, the following ORDER is hereby entered.

AND NOW, this 9th day of February 2022, Defendants' Motion for Protective Order Staying Discovery (ECF NO. 63) is GRANTED.  Discovery in this action is STAYED until further order of Court.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment Scheduling Order (ECF No. 62) is GRANTED.

1. Defendants' Motion for Summary Judgment shall be filed by February 16, 2022.

2. Plaintiffs Opposition to Summary Judgment shall be filed by March 16, 2022.

3. Defendants' Reply in Support of their Motion for Summary Judgment shall be filed by March 28, 2022.

s/*Marilyn J. Horan*  
United States District Judge